```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )   No. CR-09-172-LRS-2
              Plaintiff,        )
                                )   ORDER ON PLEA AND ORDER
v.                              )   GRANTING MOTION TO MODIFY
                                )   CONDITIONS OF RELEASE
WRIGHT CHRISTOPHER HALBERT,     )
                                )
              Defendant.        )
                                )
```

At Defendant's February 18, 2010, arraignment, Assistant U.S. Attorney Tyler Tornabene appeared for the United States. Defendant was present with counsel Frank Cikutovich.

**IT IS ORDERED** that Defendant, on his pleas of not guilty, is bound over to the United States District Court for trial.

**IT IS FURTHER ORDERED** that Defendant's unopposed Motion to modify conditions of release **(Ct. Rec. 63)** is **GRANTED.** The Defendant shall be allowed to reside at his home during the pendency of this case. All other conditions of release set forth in Order filed December 23, 2009, shall remain in effect.

DATED February 18, 2010.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA AND ORDER GRANTING MOTION
TO MODIFY CONDITIONS OF RELEASE - 1