# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | Case No. CR-09-00172-LRS-1 |
| --- | --- |
| Plaintiff, | CR-09-00172-LRS-2 |
| vs. | CRIMINAL MINUTES |
| CLINTON LEE HALBERT, | DATE: 6/28/10 |
| WRIGHT CHRISTOPHER HALBERT, | LOCATION: SPOKANE |
| Defendants. | JURY TRIAL - DAY ONE |

| Judge LONNY R. SUKO | | |
| --- | --- | --- |
| Laura McClure | Billy Morgan | Debra Clark |
| **Courtroom Deputy** | **Intern/Bailiff** | **Court Reporter** |
| Thomas J. Hanlon | John P. Nollette | |
| | Frank L. Cikutovich | |
| **Plaintiff's Counsel** | **Defendant's Counsel** | |

[ X ] OPEN COURT        [ ] CHAMBERS        [ ] TELECON

1:38 pm Court convened in the presence of all prospective jurors.
    Oath of Voir Dire administered to all prospective jurors.

Voir Dire by Court of all prospective jurors.
Voir Dire by Mr. Hanlon.
Voir Dire by Mr. Cikutovich.
Voir Dire by Mr. Nollette.

The Court excused prospective jurors from the courtroom.
    Juror #11 remained and addressed the Court and counsel.
Out of the presence of all prospective jurors, counsel addressed the Court regarding challenges for cause.

3:02 pm Court recessed and reconvened at 3:14 pm.

Out of the presence of prospective jurors, Mr. Nollette addressed the Court.
Counsel noted no objections to the Court's Preliminary Instructions.

All prospective jurors returned

Peremptory challenges by counsel.

(Continued)

| CONVENED: 1:29 PM | ADJOURNED: 3:02 PM | TIME: 1 HR/33 MINUTES | CALENDARED [  ] |
| --- | --- | --- | --- |
| 3:14 PM | 4:30 PM | 1 HR/16 MINUTES | |
| | | TOTAL: 2 HR/49 MINUTES | |

3:50 pm Oath administered to impaneled jury.

The Court thanked and excused the remaining prospective jurors.
Court instructed the jury preliminarily.

4:06 pm Opening statements presented by Mr. Hanlon.
4:15 pm Opening statements presented by Mr. Cikutovich.
4:22 pm Opening statements presented by Mr. Nollette.

4:30 pm The jury excused for the day and Court adjourned.