# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WRIGHT CHRISTOPHER HALBERT,<br><br>                Defendant. | Case No. CR-09-00172-LRS-2<br><br>**CRIMINAL MINUTES**<br><br>DATE: 2/8/11<br><br>LOCATION: SPOKANE<br><br>SENTENCING HEARING |
|---|---|

| Judge LONNY R. SUKO |||| 
|---|---|---|---|
| Laura McClure | Beth Wehrkamp | N/A | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Thomas J. Hanlon || Frank L. Cikutovich ||
| **Plaintiff's Counsel** || **Defendant's Counsel** ||
| **Probation Officer:** Al Barrett ||||

[ X ]  **Open Court**          [  ]  **Chambers**          [  ]  **Telecon**

Defendant **present** not in custody of the US Marshal

Sentencing recommendations presented by Mr. Cikutovich.
Defendant Wright Christopher Halbert addressed the Court.

Sentencing recommendations presented by Mr. Hanlon.

**Sentence: 18 months in custody on Count 1 and 18 months on Count 2, concurrent, credit time served**
**Supervised Release: 3 years on Count 1 and 3 years on Count 2, concurrent**
**Fine: waived**
**SPA: $200.00**
**Conditions of Supervised Release:** Standard conditions and the following Special Conditions

- You shall submit your person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision.  Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share a residence that the premises may be subject to search;

(Continued)

| CONVENED: 2:46 PM | ADJOURNED: 3:23 PM | TIME: 37 MINUTES | CALENDARED [  ] |
|---|---|---|---|

- You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider;

- You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances;

- You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance;

Court recommends placement at a BOP facility near Sheridan, Oregon.

Defendant advised of right to appeal

Defendant's Motion To Stay Imposition of Sentence Pending Appeal (Crt Rec #251) - **granted.**
Previously imposed conditions of release maintained.